EMAIL: WAYNE@KREGERLAW.COM
Also admitted in CA & DC

Respond to: New York Office

303 FIFTH AVENUE, SUITE 1201
NEW YORK, NEW YORK 10016
Telephone: (212) 956-2136
Facsimile: (212) 956-2137

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/19/2019__

**MEMORANDUM ENDORSED**

December 18, 2019

**VIA ECF**

Honorable Gregory Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007-1312

    Re: *Lynette Tatum Rios v. Pier A Battery Park Associates, LLC, et al.*
         Case No: 19-CV-8259 (GHW)

Dear Judge Woods:

The undersigned represents Defendant Pier A Battery Park Associates, LLC in the above-captioned litigation. I have just appeared in the case having today filed my client's answer and corporate disclosure statement, and upon reviewing the Court's docket, I noticed that the Court's original Initial Pre-trial Conference was adjourned from December 18, 2019 to January 2, 2020 at Plaintiff's counsel's request. Unfortunately, I am not available on January 2nd as I will be out of town, and I am making my first request for adjournment.

Plaintiff's counsel consents to this request. Both attorneys are available for the conference to be reset at the Court's discretion between January 6-17, 29-30, 2020. We are available to respond to any questions the Court has concerning this request.

THE LAW OFFICES OF WAYNE KREGER

By: *Wayne S. Kreger*
WAYNE S. KREGER

cc: Christopher H. Lowe

---

Application granted. The initial pretrial conference scheduled for January 2, 2020 is adjourned to January 7, 2020 at 2 p.m. The joint letter and proposed case management plan described in the Court's September 16, 2019 order, Dkt No. 6, is due no later than December 31, 2019.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 12.

SO ORDERED.

Dated: December 18, 2019
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge